AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DANIEL L. GRAY, III; and
ANNA R. PAYNE, Plaintiffs is now
named ANNA ALTMAN,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:15-cv-10

RANDY F. ROYAL, in his individual and
official capacity as Sheriff, Office of the Sheriff
for Wayne County, Georgia, et al

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 31st day of March 2016, granting the Defendants' Motion for Summary Judgment, judgment is hereby entered and this case stands closed.

Approved by: _____

Date: April 11, 2016

Scott L. Poff
Clerk

_____
(By) Deputy Clerk